George D. Corwine, Sr., trustee, appellee, v. Isa Marie Wigginton, appellant.

Action in forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of fact. Opinion filed October 27, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Covey & Woods, for appellant. Beach & Trapp and McCormick & Murphy, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

Emner Lee, appellee, v. J. F. Prather, appellant.

Bill for a decree in conformity with the terms of a stipulation. Decree for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

Barber & Barber, for appellant; Sidney S. Breese, of counsel. W. S. Grier, R. C. Neff and Robert H. Patton, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

William J. Sluder, appellant, v. Edna Sluder, appellee. Edna Sluder, appellee, v. William J. Sluder, appellant.

Bill by wife for separate maintenance on ground of adultery and desertion. Bill for divorce by husband. Two cases consolidated. Decree for wife. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

A. E. and R. C. DeMange, for appellant. Livingston & Whitmore, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

Elmer Carlton, appellee, v. American Railway Express Company, appellant.

Action to recover value of bull calf which died of pneumonia while in possession of common carrier. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.-

Hogan & Reese, for appellant. McBride & Vogelsang, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

William E. Graham, appellant, v. Town of North Okaw et al., appellees.

Bill for an injunction restraining the construction of a wall and embankment without sufficient openings for the passage of surface water from plaintiff's premises. Bill dismissed. Appeal from the Circuit Court of Coles county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded with directions. Opinion filed October 27, 1920.

Vause & Kiger, for appellant. Edward C. Craig, Donald B. Craig, James W. Craig, Jr., Fred H. Kelly and James Craig VanMeter, for appellees.

Mr. Justice Graves delivered the opinion of the court.